IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE LLC, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A. No. 20 mc 65- |
| | ) |
| UNILOC LICENSING USA LLC, | ) |
| | ) |
| Respondent. | ) |
| | ) |

### [PROPOSED] ORDER

Before the Court is Google LLC's Motion to Compel Uniloc Licensing USA LLC to Comply with Subpoenas on an Expedited Basis. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

**IT IS HEREBY ORDERED** that Uniloc Licensing USA LLC comply with the subpoenas according to the terms set forth therein.

SO ORDERED this 21 day of February, 2020.

_____
United States District Judge