# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE LLC, | ) |
| | ) |
|         Petitioner, | ) |
| | ) C.A. No.: 20-mc-65-RGA |
| v. | ) |
| | ) |
| UNILOC LICENSING USA LLC, | ) |
| | ) |
|         Respondent. | ) |

## NOTICE OF SUBSEQUENT ACTIVITY

Defendant Uniloc Licensing USA LLC hereby provides notice to the Court of the Order issued by the United States District Court for the Southern District of New York, which transferred Google LLC's motion to compel subpoena responses from Fotress Investment Group LLC, Fortress Credit Co. LLC, and CF Uniloc Holdings LLC to the United States District Court for the Eastern District of Texas. A copy of the March 17, 2020 Order is attached as Exhibit A.

| | |
|---|---|
| Dated: March 18, 2020 | Respectfully submitted, |
| | |
| | FARNAN LLP |
| Of Counsel: | |
| | /s/ Michael J. Farnan |
| James L. Etheridge | Brian E. Farnan (Bar No. 4089) |
| Ryan S. Loveless | Michael J. Farnan (Bar No. 5165) |
| Brett A. Mangrum | 919 North Market Street |
| Travis Lee Richins | 12th Floor |
| ETHERIDGE LAW GROUP, PLLC | Wilmington, DE  19801 |
| 2600 E. Southlake Blvd., Suite 120 / 324 | (302) 777-0300 (Telephone) |
| Southlake, Texas 76092 |   (302) 777-0301 (Facsimile) |
| Telephone: (817) 470-7249 | bfarnan@farnanlaw.com |
| Facsimile: (817) 887-5950 | mfarnan@farnanlaw.com |
| Jim@EtheridgeLaw.com | |
| Ryan@EtheridgeLaw.com | *Attorneys for Uniloc Licensing USA LLC* |
| Brett@EtheridgeLaw.com | |
| Travis@EtheridgeLaw.com | |